



## Extraction Report - Apple iOS Full File system

### Summary

| | |
|---|---|
| Cellebrite Physical Analyzer version | 10.4.0.3378 |
| Report creation time | 2/4/2025 4:03:30 PM -05:00 |
| Time zone settings (UTC) | (UTC-05:00) New_York (America) |
| Examiner name | |
| Case number | BS-CURRIN-iPhone15 |
| Case name | BS-CURRIN-iPhone 15 |

### Source Extraction

| File System | |
|---|---|
| Selected manufacturer | Apple |
| Selected device name | APPLE_IOS_FULL_FILE_SYSTEM |
| Time Zone | (UTC-05:00) New_York (America) |

### Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | PADbBackupReportReader | Cellebrite | 2.0 |

### Contents

| Type | Included in report | Total | |
|---|---|---|---|
| 💬 Chats | 1 | 1 | |
| 💬 Telegram | 1 | 108 | (10 Deleted) |
| 🏷 Tagged items | 1 | 1 | |

### Chats (1)

## Telegram

Dmed (1)

| # | | Deleted | * |
|---|---|---|---|
| 1 | **Details:** <br> Group photos: <br><br>  <br><br> **Start Time:** 6/9/2024 1:07:49 AM(UTC-4) <br> **Last Activity:** 9/28/2024 9:55:46 PM(UTC-4) <br> **Number of attachments:** 30 <br> **Source:** Telegram <br> **Account:** Dmed <br> **Chat Type:** One On One <br> **Body file:** chat-0.txt <br><br> Participants: <br><br> ▓9024 <br> ▓ <br><br> ▓0815 <br> Dmed (owner) <br><br> **Identifier:** ▓9024 | | |

From: ▓0815 Dmed (owner)
**Hi there**
**Priority:** Normal
**Platform:**

6/9/2024 1:07:49 AM(UTC-4)

From: ▓0815 Dmed (owner)
**How have you been? Was hoping you could send me some stuff. Boys and zoo**
**Priority:** Normal
**Platform:**

6/9/2024 1:08:47 AM(UTC-4)

From: ▓0815 Dmed (owner)
**Hi**
**Priority:** Normal
**Platform:**

6/21/2024 10:34:58 PM(UTC-4)

From: ▓9024 ▓
**Hey**
**Priority:** Normal
**Platform:**

6/21/2024 10:35:48 PM(UTC-4)



From: ████40815 Dmed (owner)
How are you doing?
Priority: Normal
Platform:
6/21/2024 10:36:15 PM(UTC-4)

From: ████9024 ████
Doing good and you
Priority: Normal
Platform:
6/21/2024 10:38:30 PM(UTC-4)

From: ████0815 Dmed (owner)
Pretty good. Horny lol
Priority: Normal
Platform:
6/21/2024 10:38:57 PM(UTC-4)

From: ████9024 ████
Like wise
Priority: Normal
Platform:
Label: Edited
6/21/2024 10:39:38 PM(UTC-4)

From: ████0815 Dmed (owner)
You're still with your guy?
Priority: Normal
Platform:
6/21/2024 10:39:45 PM(UTC-4)

From: ████9024 ████
Noim single
Priority: Normal
Platform:
6/21/2024 10:40:27 PM(UTC-4)



From: █████ 0815 Dmed (owner)
Oh I'm sorry to hear. So am I
Priority: Normal
Platform:
6/21/2024 10:41:00 PM(UTC-4)

From: █████ 0815 Dmed (owner)
What are you doing
Priority: Normal
Platform:
6/21/2024 10:41:45 PM(UTC-4)



↩ Reply
From: █████ 9024 █████████

From: █████ 0815 Dmed (owner)
Oh I'm sorry to hear. So am I
Priority: Normal
Platform:
6/21/2024 10:41:00 PM(UTC-4)

Thanks
Priority: Normal
Platform:
Label: Reply
6/21/2024 10:42:45 PM(UTC-4)



↩ Reply
From: █████ 024 █████████

From: █ 0815 Dmed (owner)
What are you doing
Priority: Normal
Platform:
6/21/2024 10:41:45 PM(UTC-4)

Nothing in bed
Priority: Normal
Platform:
Label: Reply
6/21/2024 10:42:52 PM(UTC-4)



From: 0815 Dmed (owner)
Me too.
Priority: Normal
Platform:

6/21/2024 10:43:25 PM(UTC-4)



From: 024
Attachments:

Priority: Normal
Platform:

6/21/2024 10:44:46 PM(UTC-4)



From: 0815 Dmed (owner)
Mmm I miss your dick in my mouth
Priority: Normal
Platform:

6/21/2024 10:45:03 PM(UTC-4)

From: 0815 Dmed (owner)
Wish we could be together m
Priority: Normal
Platform:

6/21/2024 10:45:29 PM(UTC-4)

↩ Reply
From: 9024

From: 5301440815 Dmed (owner)
Mmm I miss your dick in my mouth
Priority: Normal
Platform:

6/21/2024 10:45:03 PM(UTC-4)

Priority: Normal
Platform:
Label: Reply

6/21/2024 10:45:42 PM(UTC-4)



**Reply**

From: ███ 2024 ████

From: 5301440815 Dmed (owner)
Wish we could be together m
Priority: Normal
Platform:

6/21/2024 10:45:29 PM(UTC-4)

Where are you living
Priority: Normal
Platform:
Label: Reply

6/21/2024 10:45:52 PM(UTC-4)



From: ████815 Dmed (owner)
On the westside
Priority: Normal
Platform:

6/21/2024 10:46:02 PM(UTC-4)

From: ████0815 Dmed (owner)
You?
Priority: Normal
Platform:

6/21/2024 10:46:04 PM(UTC-4)

From: ████ 2024 ████
Orange park
Priority: Normal
Platform:

6/21/2024 10:46:10 PM(UTC-4)

From: ████0815 Dmed (owner)
Alone?
Priority: Normal
Platform:

6/21/2024 10:46:24 PM(UTC-4)



From: █████ 9024 ████████
Yes
Priority: Normal
Platform:

6/21/2024 10:46:29 PM(UTC-4)

From: ████ 0815 Dmed (owner)
I could come over if you'd like
Priority: Normal
Platform:

6/21/2024 10:47:01 PM(UTC-4)

From: ████ 0815 Dmed (owner)
?
Priority: Normal
Platform:

6/21/2024 10:52:02 PM(UTC-4)

From: █████ 9024 ████████
I work tomorrow
Priority: Normal
Platform:

6/21/2024 11:05:00 PM(UTC-4)

From: █████ 9024 ████████
Come let's watch a movie
Priority: Normal
Platform:

6/21/2024 11:05:17 PM(UTC-4)

From: █████ 024 ████████
Priority: Normal
Platform:

6/21/2024 11:05:21 PM(UTC-4)



From: ▮▮0815 Dmed (owner)
Really?
Priority: Normal
Platform:
6/21/2024 11:05:50 PM(UTC-4)

From: ▮▮024▮▮
We will never be able to watch. Movie
Priority: Normal
Platform:
6/21/2024 11:05:54 PM(UTC-4)

From: ▮▮024▮▮
We can schedule something
Priority: Normal
Platform:
6/21/2024 11:06:09 PM(UTC-4)

From: ▮▮815 Dmed (owner)
OK let's do it
Priority: Normal
Platform:
6/21/2024 11:06:23 PM(UTC-4)

From: ▮▮0815 Dmed (owner)
We can watch something else lol
Priority: Normal
Platform:
6/21/2024 11:06:37 PM(UTC-4)

From: ▮▮024▮▮
Yes
Priority: Normal
Platform:
6/21/2024 11:07:52 PM(UTC-4)



From: ███ 815 Dmed (owner)
Priority: Normal
Platform:
6/21/2024 11:08:45 PM(UTC-4)

From: ███ 815 Dmed (owner)
Ok good night
Priority: Normal
Platform:
6/21/2024 11:08:55 PM(UTC-4)

From: ███ 9024 ███
You goong
Priority: Normal
Platform:
6/21/2024 11:09:01 PM(UTC-4)

From: ███ 815 Dmed (owner)
??
Priority: Normal
Platform:
6/21/2024 11:09:17 PM(UTC-4)

From: ███ 9024 ███
You going
Priority: Normal
Platform:
6/21/2024 11:09:37 PM(UTC-4)

From: ███ 9024 ███
Attachments:
Image_Restricted.wav.maskfile
Photo_Converted.wav
Priority: Normal
Platform:
Label: Edited
6/21/2024 11:10:06 PM(UTC-4)



From: ████ 0815 Dmed (owner)
Priority: Normal
Platform:
6/21/2024 11:11:26 PM(UTC-4)

From: ████ 0815 Dmed (owner)
I need to find me some
Priority: Normal
Platform:
6/21/2024 11:11:51 PM(UTC-4)

From: ████ 024 ████
Some boy
Priority: Normal
Platform:
6/21/2024 11:12:56 PM(UTC-4)

From: ████ 0815 Dmed (owner)
Yes sir
Priority: Normal
Platform:
6/21/2024 11:13:11 PM(UTC-4)

From: ████ 024 ████
How is that dick
Priority: Normal
Platform:
6/21/2024 11:13:35 PM(UTC-4)

From: ████ 0815 Dmed (owner)
Hard
Priority: Normal
Platform:
6/21/2024 11:14:53 PM(UTC-4)



From: ▮▮▮024 ▮▮▮▮▮
Let me see
Priority: Normal
Platform:
6/21/2024 11:14:58 PM(UTC-4)



From: ▮▮▮9815 Dmed (owner)
Attachments:
image thumbnail was redacted
telegram-cloud-photo-size-1-5165690951291743493-
y_Converted.wav
Priority: Normal
Platform:
6/21/2024 11:16:14 PM(UTC-4)

From: ▮▮▮024 ▮▮▮▮▮
Hot
Priority: Normal
Platform:
6/21/2024 11:16:34 PM(UTC-4)

From: ▮▮▮024 ▮▮▮▮▮
Super hard
Priority: Normal
Platform:
6/21/2024 11:16:41 PM(UTC-4)



From: ▮▮▮9815 Dmed (owner)
That's what I like
Priority: Normal
Platform:
6/21/2024 11:16:45 PM(UTC-4)

From: ▮▮▮9815 Dmed (owner)
I'm going to a pool party next month with a bunch of kids. Gonna try some for some
Priority: Normal
Platform:
6/21/2024 11:18:13 PM(UTC-4)



↩ **Reply**

From: ████ 9024 ████████

From: 5301440815 Dmed (owner)

I'm going to a pool party next month with a bunch of kids. Gonna try some for some
**Priority:** Normal
**Platform:**

6/21/2024 11:18:13 PM(UTC-4)

How
**Priority:** Normal
**Platform:**
**Label:** Reply

6/21/2024 11:19:09 PM(UTC-4)



From: ████ 3815 Dmed (owner)
♀
**Priority:** Normal
**Platform:**

6/21/2024 11:19:30 PM(UTC-4)

From: ████ 3815 Dmed (owner)
Nothing too crazy
**Priority:** Normal
**Platform:**

6/21/2024 11:20:08 PM(UTC-4)

From: ████ 3815 Dmed (owner)
Maybe a feel
**Priority:** Normal
**Platform:**

6/21/2024 11:20:13 PM(UTC-4)

From: ████ 3815 Dmed (owner)
There's a boy that is nonverbal autistic. I've played with him before
**Priority:** Normal
**Platform:**

6/21/2024 11:21:03 PM(UTC-4)



From: ██ 2024 ██
How
**Priority:** Normal
**Platform:**
6/21/2024 11:22:58 PM(UTC-4)

From ██ 9815 Dmed (owner)
I touched his dick and sucked it once
**Priority:** Normal
**Platform:**
6/21/2024 11:23:27 PM(UTC-4)

From: ██ 2024 ██
What he did
**Priority:** Normal
**Platform:**
6/21/2024 11:23:56 PM(UTC-4)

From: ██ 2024 ██
His age?
**Priority:** Normal
**Platform:**
6/21/2024 11:24:07 PM(UTC-4)

From ██ 9815 Dmed (owner)
He was too ticklish
**Priority:** Normal
**Platform:**
6/21/2024 11:24:13 PM(UTC-4)

From: ██ 9815 Dmed (owner)
Like 10?
**Priority:** Normal
**Platform:**
6/21/2024 11:24:33 PM(UTC-4)



From: ▮▮▮▮0024 ▮▮▮▮▮▮
Any pic
Priority: Normal
Platform:
6/21/2024 11:24:39 PM(UTC-4)

From: ▮▮▮▮0815 Dmed (owner)
Nope
Priority: Normal
Platform:
6/21/2024 11:24:54 PM(UTC-4)

From: ▮▮▮▮024 ▮▮▮▮▮▮
Damnn why
Priority: Normal
Platform:
6/21/2024 11:25:01 PM(UTC-4)

From: ▮▮▮▮0815 Dmed (owner)
lol idk. Wasn't thinking about it.
Priority: Normal
Platform:
6/21/2024 11:25:19 PM(UTC-4)

From: ▮▮▮▮0815 Dmed (owner)
I want to try again. Or maybe my cousins when they're sleeping.
Priority: Normal
Platform:
6/21/2024 11:25:40 PM(UTC-4)

From: ▮▮▮▮0815 Dmed (owner)
Sleeping is hot to me
Priority: Normal
Platform:
6/21/2024 11:26:06 PM(UTC-4)



From: 9024
But you having that party for wish kids
Priority: Normal
Platform:
6/21/2024 11:26:10 PM(UTC-4)

From: 815 Dmed (owner)
It's my nieces party
Priority: Normal
Platform:
6/21/2024 11:26:26 PM(UTC-4)

From: 024
Ok
Priority: Normal
Platform:
6/21/2024 11:26:40 PM(UTC-4)

From: 24
Attachments:

Priority: Normal
Platform:
6/21/2024 11:27:03 PM(UTC-4)

From: 024
Any new friend like us
Priority: Normal
Platform:
6/21/2024 11:27:16 PM(UTC-4)

From: 815 Dmed (owner)
Nope I'm scared to look for any
Priority: Normal
Platform:
6/21/2024 11:27:39 PM(UTC-4)



From ████ 9024 ████████
Why
Priority: Normal
Platform:

6/21/2024 11:27:56 PM(UTC-4)



↩ Reply
From: ████ 0815 Dmed (owner)

From ████ 9024 ████
Attachments:

image thumbnail was redacted

Priority: Normal
Platform:

6/21/2024 11:27:03 PM(UTC-4)

Priority: Normal
Platform:
Label: Reply

6/21/2024 11:27:57 PM(UTC-4)

From: ████ 0815 Dmed (owner)
Never know who's out there
Priority: Normal
Platform:

6/21/2024 11:28:08 PM(UTC-4)

From: ████ 0815 Dmed (owner)
You know any?
Priority: Normal
Platform:

6/21/2024 11:28:13 PM(UTC-4)

From: ████ 024 ████████
Send meore of urs
Priority: Normal
Platform:

6/21/2024 11:28:14 PM(UTC-4)



From: ███████9024 ███████████
I have few
Priority: Normal
Platform:

6/21/2024 11:29:13 PM(UTC-4)



From: ██████0815 Dmed (owner)
Attachments:

image thumbnail was redacted
video.mp4_Converted.wav

Priority: Normal
Platform:

6/21/2024 11:29:18 PM(UTC-4)



From: ██████9024 ███████████
Hot
Priority: Normal
Platform:

6/21/2024 11:29:33 PM(UTC-4)



↰ Reply

From: ██████0815 Dmed (owner)

From: 581369024 ████████
I have few
Priority: Normal
Platform:

6/21/2024 11:29:13 PM(UTC-4)

We should have a group chat maybe hang some time
Priority: Normal
Platform:
Label: Edited, Reply

6/21/2024 11:29:36 PM(UTC-4)



From: ██████0815 Dmed (owner)
Are they local?
Priority: Normal
Platform:

6/21/2024 11:29:47 PM(UTC-4)



↩ **Reply**

From: ▓▓▓ )024 ▓▓▓▓▓▓

> From: ▓▓▓ 0815 Dmed (owner)
> Are they local?
> Priority: Normal
> Platform:
>
> 6/21/2024 11:29:47 PM(UTC-4)

No
Priority: Normal
Platform:
Label: Reply

6/21/2024 11:30:35 PM(UTC-4)



From: ▓▓▓ )815 Dmed (owner)
That's too bad
Priority: Normal
Platform:

6/21/2024 11:33:08 PM(UTC-4)



From: ▓▓▓ )024 ▓▓▓▓▓▓
Yes
Priority: Normal
Platform:

6/21/2024 11:34:21 PM(UTC-4)

From: ▓▓▓ )815 Dmed (owner)
Didn't you live with a nephew or cousin? Did you ever play with him?
Priority: Normal
Platform:

6/21/2024 11:35:05 PM(UTC-4)



↰ **Reply**

From: ████ 024 ████

From: ████ 0815 Dmed (owner)
Didn't you live with a nephew or cousin? Did you ever play with him?
**Priority**: Normal
**Platform**:

6/21/2024 11:35:05 PM(UTC-4)

It was the son of a friend
**Priority**: Normal
**Platform**:
**Label**: Reply

6/21/2024 11:35:25 PM(UTC-4)

From: ████ 024 ████
And yes
**Priority**: Normal
**Platform**:

6/21/2024 11:35:28 PM(UTC-4)

From: ████ 024 ████
I fuck him once
**Priority**: Normal
**Platform**:

6/21/2024 11:35:33 PM(UTC-4)

From: ████ 9024 ████
And he suck me and swallow me
**Priority**: Normal
**Platform**:

6/21/2024 11:35:43 PM(UTC-4)



From ████ 0815 Dmed (owner)
Hot. How did that go?
**Priority**: Normal
**Platform**:

6/21/2024 11:35:47 PM(UTC-4)



From: █████ 0815 Dmed (owner)
How old
Priority: Normal
Platform:

6/21/2024 11:35:51 PM(UTC-4)

From: █████ 024 █████
18
Priority: Normal
Platform:

6/21/2024 11:35:56 PM(UTC-4)

From █████ 0024 █████
Yes super hot
Priority: Normal
Platform:

6/21/2024 11:36:02 PM(UTC-4)

From: █████ 0815 Dmed (owner)
Oh still hot
Priority: Normal
Platform:

6/21/2024 11:36:13 PM(UTC-4)

From: █████ 815 Dmed (owner)
But he loved your cock
Priority: Normal
Platform:

6/21/2024 11:36:33 PM(UTC-4)

From: █████ 0815 Dmed (owner)
Bet*
Priority: Normal
Platform:

6/21/2024 11:36:39 PM(UTC-4)

From ████ )024 ████
Yes
Priority: Normal
Platform:

6/21/2024 11:36:54 PM(UTC-4)

From: ████ )815 Dmed (owner)
Wish I lived with some boys in the house. I'd be sucking their hard dick while they sleep
Priority: Normal
Platform:

6/21/2024 11:37:48 PM(UTC-4)

From ████ )024 ████
I bet
Priority: Normal
Platform:

6/21/2024 11:38:06 PM(UTC-4)

From: ████ )815 Dmed (owner)
Used to do that to friends when I was in middle school. It's been so long
Priority: Normal
Platform:

6/21/2024 11:38:56 PM(UTC-4)

From: ████ )024 ████
Hot
Priority: Normal
Platform:

6/21/2024 11:39:38 PM(UTC-4)

From ████ )024 ████
I'm trying to convince another friend son
Priority: Normal
Platform:

6/21/2024 11:40:49 PM(UTC-4)



From: 9024
To play with him
Priority: Normal
Platform:

6/21/2024 11:40:53 PM(UTC-4)



From: 815 Dmed (owner)
Yumm you have pics?
Priority: Normal
Platform:

6/21/2024 11:41:12 PM(UTC-4)

From: 815 Dmed (owner)
Hey. When can we hang out?
Priority: Normal
Platform:

6/30/2024 7:52:41 PM(UTC-4)

From: 815 Dmed (owner)
Did you happen to have the video I sent you a while ago of me and the boy in target?
Priority: Normal
Platform:
Label: Edited

6/30/2024 10:12:27 PM(UTC-4)



↪ Forwarded
From: 024
Attachments:

image thumbnail was rejected

Priority: Normal
Platform:
Label: Forwarded

7/1/2024 2:31:58 PM(UTC-4)



From: 9024
Yes why
Priority: Normal
Platform:

7/1/2024 2:32:02 PM(UTC-4)

22

From: ████0815 Dmed (owner)
Thank you! I couldn't find it anywhere.
Priority: Normal
Platform:

7/1/2024 3:52:48 PM(UTC-4)

From: ████024████
Ok
Priority: Normal
Platform:

7/1/2024 4:14:47 PM(UTC-4)

From: ████0815 Dmed (owner)
Priority: Normal
Platform:

7/1/2024 4:15:13 PM(UTC-4)

From: ████024████
Attachments:

Image download was rejected

Priority: Normal
Platform:

7/1/2024 4:16:28 PM(UTC-4)

From: ████0815 Dmed (owner)
I want to get you hard with my tongue
Priority: Normal
Platform:

7/1/2024 4:24:54 PM(UTC-4)

From: ████024████
Hot
Priority: Normal
Platform:

7/1/2024 8:48:58 PM(UTC-4)



From: ▮ 0815 Dmed (owner)
Attachments:

Image thumbnail was redacted
telegram-cloud-photo-size-1-4909136401329563275-
y_Converted.wav

Priority: Normal
Platform:
Label: Edited

7/1/2024 9:12:56 PM(UTC-4)

From: ▮ 0815 Dmed (owner)
Attachments:

Image thumbnail was redacted
video.mp4_Converted.wav

Priority: Normal
Platform:
Label: Edited

7/1/2024 10:17:53 PM(UTC-4)

From: ▮ 024 ▮
Heu
Priority: Normal
Platform:

7/4/2024 8:36:41 PM(UTC-4)

From: ▮ 0815 Dmed (owner)
Hey boo
Priority: Normal
Platform:

7/4/2024 9:13:58 PM(UTC-4)

From: ▮ 024 ▮
How are u
Priority: Normal
Platform:

7/4/2024 9:19:15 PM(UTC-4)

From: ▮ 0815 Dmed (owner)
Good, you gave a good day?
Priority: Normal
Platform:

7/4/2024 9:21:22 PM(UTC-4)



From: 024
Nice I have been working alot
Priority: Normal
Platform:
7/4/2024 9:30:20 PM(UTC-4)

From: 815 Dmed (owner)
Seems that way. No time for me.
Priority: Normal
Platform:
7/4/2024 9:30:55 PM(UTC-4)

From: 024
Lol
Priority: Normal
Platform:
7/4/2024 9:46:18 PM(UTC-4)

From: 024
Yes
Priority: Normal
Platform:
7/4/2024 9:46:20 PM(UTC-4)

From: 815 Dmed (owner)
When are you not working?
Priority: Normal
Platform:
7/4/2024 10:33:47 PM(UTC-4)

From: 024
Attachments:
Image thumbnail was unavailable
Priority: Normal
Platform:
Label: Edited
7/4/2024 10:40:16 PM(UTC-4)



From: ███ 0815 Dmed (owner)
I want it
Priority: Normal
Platform:

7/4/2024 10:40:44 PM(UTC-4)



From: ███ 024 ██████
You
Priority: Normal
Platform:

7/4/2024 10:42:05 PM(UTC-4)



From: ███ 0815 Dmed (owner)
Attachments:

Image thumbnail was redacted
telegram-cloud-photo-size-1-4916233327980162271-y_Converted.wav

Priority: Normal
Platform:

7/4/2024 10:42:31 PM(UTC-4)

From: ███ 0815 Dmed (owner)
I sitting next to friends. lol
Priority: Normal
Platform:

7/4/2024 10:42:39 PM(UTC-4)

From: ███ 0815 Dmed (owner)
I can't get it out easily
Priority: Normal
Platform:

7/4/2024 10:42:49 PM(UTC-4)



From: ███ 024 ██████
Attachments:

Image thumbnail was redacted

Priority: Normal
Platform:

7/4/2024 10:42:52 PM(UTC-4)



From: ███9024 ████
Attachments:
image: ██████ was redacted

Priority: Normal
Platform:
7/4/2024 10:42:52 PM(UTC-4)

From: ███ 0815 Dmed (owner)
Want to be sitting next to him
Priority: Normal
Platform:
7/4/2024 10:43:17 PM(UTC-4)

From: ███ 9024 ████
You can share with your friend
Priority: Normal
Platform:
7/4/2024 10:43:29 PM(UTC-4)

From ███ 0815 Dmed (owner)
They're not into it
Priority: Normal
Platform:
7/4/2024 10:43:54 PM(UTC-4)

From ███ 0815 Dmed (owner)
That I know of at least
Priority: Normal
Platform:
7/4/2024 10:44:21 PM(UTC-4)

From: ███ 0024 ████
Priority: Normal
Platform:
7/4/2024 10:47:43 PM(UTC-4)



From: ███ 0815 Dmed (owner)
Attachments:
image thumbnail was retarded
telegram-cloud-photo-size-1-4915233327980162272-y_Converted.wav
Priority: Normal
Platform:

7/4/2024 11:06:18 PM(UTC-4)

From: ███ 0815 Dmed (owner)
Under the blanket lol
Priority: Normal
Platform:

7/4/2024 11:06:24 PM(UTC-4)



➦ Forwarded
From: ███ 9024 ███
Attachments:
image thumbnail was retarded
Priority: Normal
Platform:
Label: Forwarded

7/4/2024 11:06:29 PM(UTC-4)

From: ███ 0815 Dmed (owner)
Here's got a big mouth
Priority: Normal
Platform:

7/4/2024 11:09:50 PM(UTC-4)

From: ███ 815 Dmed (owner)
He's
Priority: Normal
Platform:

7/4/2024 11:10:01 PM(UTC-4)



From: ███ 024 ███
Yes
Priority: Normal
Platform:

7/4/2024 11:11:17 PM(UTC-4)



From: ██████ 0815 Dmed (owner)
Wish I had a big dick like that to suck. Then and now.
Priority: Normal
Platform:

7/4/2024 11:11:25 PM(UTC-4)



From: ██████ 024 ██████
Priority: Normal
Platform:

7/4/2024 11:11:44 PM(UTC-4)

From: ██████ 9024 ██████
Is your friend cute
Priority: Normal
Platform:

7/4/2024 11:12:00 PM(UTC-4)



From: ██████ 0815 Dmed (owner)
Attachments:

Image thumbnail was redacted
telegram-cloud-photo-size-1-4916233327980162273-y_Converted.wav
Priority: Normal
Platform:

7/4/2024 11:12:38 PM(UTC-4)



From: ██████ 815 Dmed (owner)
Attachments:

Image thumbnail was redacted
telegram-cloud-photo-size-1-4916233327980162274-y_Converted.wav
Priority: Normal
Platform:

7/4/2024 11:13:01 PM(UTC-4)

From: ██████ 815 Dmed (owner)
He is. He has a bf but He lets me sleep with him sometimes, I've sucked him off in his sleep
a couple times.
Priority: Normal
Platform:

7/4/2024 11:13:40 PM(UTC-4)



From: █████ 2024 █████████
He is
Priority: Normal
Platform:

7/4/2024 11:15:15 PM(UTC-4)



From: █████ )815 Dmed (owner)
So horny at work today
Priority: Normal
Platform:

7/5/2024 2:56:28 PM(UTC-4)



From: █████ )815 Dmed (owner)
Attachments:

Image thumbnail was redacted
video.mp4_Converted.wav

Priority: Normal
Platform:
Label: Edited

7/5/2024 2:57:08 PM(UTC-4)

From: █████ 0815 Dmed (owner)
Tonight and tomorrow night I might be staying in a hotel with that boy that I played with a while ago.
Priority: Normal
Platform:

7/5/2024 11:24:03 PM(UTC-4)



From: █████ )815 Dmed (owner)
Attachments:

Image thumbnail was redacted
video.mp4_Converted.wav

Priority: Normal
Platform:

7/6/2024 12:00:01 AM(UTC-4)



From █████ 0815 Dmed (owner)
Well not tonight. Maybe tomorrow
Priority: Normal
Platform:

7/6/2024 12:22:31 AM(UTC-4)



↩ Reply

From: ████ 9024 ████

From: ████ 0815 Dmed (owner)
Attachments:

Image thumbnail was redacted
video.mp4 Converted.wav

Priority: Normal
Platform:

7/6/2024 12:00:01 AM(UTC-4)

Who is that
Priority: Normal
Platform:
Label: Reply

7/6/2024 5:01:41 PM(UTC-4)



From: ████ 815 Dmed (owner)
My nieces brother.
Priority: Normal
Platform:

7/6/2024 5:04:27 PM(UTC-4)



From: ████ 9024 ████
Wooow
Priority: Normal
Platform:

7/6/2024 8:43:12 PM(UTC-4)

From: ████ 024 ████
Where are u guys
Priority: Normal
Platform:

7/6/2024 8:43:18 PM(UTC-4)

From: ████ 815 Dmed (owner)
Near Tampa. Went to a spring.
Priority: Normal
Platform:

7/6/2024 8:50:03 PM(UTC-4)

From: █████ 0815 Dmed (owner)
For my niece's bday
Priority: Normal
Platform:
7/6/2024 8:50:19 PM(UTC-4)

From: █████ 0815 Dmed (owner)
We were going to all share a hotel room but it was too cramped. Mom and I got our own.
Priority: Normal
Platform:
7/6/2024 8:51:30 PM(UTC-4)

From: █████ 0815 Dmed (owner)
The bathrooms at the springs were not good for spying either. lol
Priority: Normal
Platform:
7/6/2024 8:52:07 PM(UTC-4)

From: █████ 0815 Dmed (owner)
Only thing I saw was a little boy peeing in the grass near us.
Priority: Normal
Platform:
7/6/2024 8:52:30 PM(UTC-4)



↩ Reply
From: █████ 2024 █████

From: █████ 0815 Dmed (owner)
Attachments:

Image thumbnail was redacted
video.mp4 , Converted.wav

Priority: Normal
Platform:
7/6/2024 12:00:01 AM(UTC-4)

You have to let him to download telegram
Priority: Normal
Platform:
Label: Reply
7/6/2024 9:37:11 PM(UTC-4)



From: ▮▮815 Dmed (owner)
Haha he's autistic and only 10
Priority: Normal
Platform:
7/6/2024 9:38:08 PM(UTC-4)

From: ▮▮024 ▮▮
Dsmnnn
Priority: Normal
Platform:
7/6/2024 9:38:45 PM(UTC-4)

From: ▮▮024 ▮▮
He is super cute
Priority: Normal
Platform:
7/6/2024 9:39:07 PM(UTC-4)

From: ▮▮815 Dmed (owner)
Yes
Priority: Normal
Platform:
7/6/2024 9:39:13 PM(UTC-4)

From ▮▮815 Dmed (owner)
He's the one I've played with before.
Priority: Normal
Platform:
7/6/2024 9:39:28 PM(UTC-4)

From ▮▮024 ▮▮
Really
Priority: Normal
Platform:
7/6/2024 9:39:35 PM(UTC-4)



From: ▮▮0815 Dmed (owner)
Yea I played with his little penis, tried sucking but he was super ticklish
Priority: Normal
Platform:
7/6/2024 10:05:34 PM(UTC-4)

From: ▮▮024 ▮▮
Ohhh
Priority: Normal
Platform:
7/6/2024 10:05:52 PM(UTC-4)

From: ▮▮0815 Dmed (owner)
I don't think I'll have a chance now though.
Priority: Normal
Platform:
7/6/2024 10:06:12 PM(UTC-4)

From: ▮▮9024 ▮▮
Why
Priority: Normal
Platform:
7/6/2024 10:06:30 PM(UTC-4)

From: ▮▮0815 Dmed (owner)
He's never alone.
Priority: Normal
Platform:
7/6/2024 10:09:04 PM(UTC-4)

From: ▮▮0815 Dmed (owner)
Only reason I could before, is he lived next door and I would have to watch him if my sister was working.
Priority: Normal
Platform:
7/6/2024 10:09:44 PM(UTC-4)



From: ███024████
Is.sje not working anymore
Priority: Normal
Platform:

7/6/2024 10:10:39 PM(UTC-4)

From: ███ 0815 Dmed (owner)
The kids weren't hers and they moved away. She had my niece with their dad, they broke up.
Priority: Normal
Platform:

7/6/2024 10:12:50 PM(UTC-4)

From: ███ 0815 Dmed (owner)
He left with the older kids.
Priority: Normal
Platform:

7/6/2024 10:13:00 PM(UTC-4)

From: ███ 9024 ████
Ok
Priority: Normal
Platform:

7/6/2024 10:13:14 PM(UTC-4)

From: ███ 0815 Dmed (owner)
The boys grandma is here too. She watches him constantly.
Priority: Normal
Platform:

7/6/2024 10:14:08 PM(UTC-4)

From: ███ 9024 ████
Ok
Priority: Normal
Platform:

7/6/2024 10:18:44 PM(UTC-4)



From [ ]024 [ ]
Any friend with telegram that you want to know if he like what we like
Priority: Normal
Platform:
7/6/2024 10:19:25 PM(UTC-4)

From: [ ]815 Dmed (owner)
Ehh not really lol
Priority: Normal
Platform:
7/6/2024 10:20:27 PM(UTC-4)

From: [ ]815 Dmed (owner)
Have you ever got someone like that?
Priority: Normal
Platform:
7/6/2024 10:22:37 PM(UTC-4)

From [ ]9024 [ ]
No
Priority: Normal
Platform:
7/6/2024 10:24:07 PM(UTC-4)

From: [ ]815 Dmed (owner)
Oh what would you do if I had someone
Priority: Normal
Platform:
7/6/2024 10:24:37 PM(UTC-4)

From [ ]024 [ ]
We can do a group
Priority: Normal
Platform:
7/6/2024 10:24:56 PM(UTC-4)



From: ███ 9024 ████
Play all
Priority: Normal
Platform:

7/6/2024 10:24:58 PM(UTC-4)

From: ███ 815 Dmed (owner)
But how would you find out if he likes it?
Priority: Normal
Platform:

7/6/2024 10:25:41 PM(UTC-4)

From: ███ 024 ████
I add him and start talking normal and start making little by little intoducin the conversation
Priority: Normal
Platform:

7/6/2024 10:27:00 PM(UTC-4)

From: ███ 0815 Dmed (owner)
I have one guy but he hasn't been on in like a year.
Priority: Normal
Platform:

7/6/2024 10:27:56 PM(UTC-4)

From: ███ 9024 ████
But I never will say you give me the contact
Priority: Normal
Platform:

7/6/2024 10:28:16 PM(UTC-4)

From: ███ 0815 Dmed (owner)
He also doesn't have a public username.
Priority: Normal
Platform:

7/6/2024 10:28:59 PM(UTC-4)



From: ▮024▮
Contact
Priority: Normal
Platform:
7/6/2024 10:29:32 PM(UTC-4)

From: ▮815 Dmed (owner)
Could try ▮228
Priority: Normal
Platform:
7/6/2024 10:30:24 PM(UTC-4)

From: ▮9024▮
It says ls not founded
Priority: Normal
Platform:
7/6/2024 10:30:47 PM(UTC-4)

From: ▮9815 Dmed (owner)
Attachments:

Image thumbnail was redacted
telegram-cloud-photo-size-1-4922835964024433958-
y_Converted.wav
Priority: Normal
Platform:
7/6/2024 10:31:45 PM(UTC-4)

From: ▮9815 Dmed (owner)
Sorry it was a k lol
Priority: Normal
Platform:
7/6/2024 10:31:56 PM(UTC-4)

From: ▮9024▮
That's ok
Priority: Normal
Platform:
7/6/2024 10:38:02 PM(UTC-4)



From: ███ 0815 Dmed (owner)
Attachments:

*Image thumbnail was redacted*
*video.mp4_Converted.wav*

Priority: Normal
Platform:
Label: Edited

7/6/2024 10:45:26 PM(UTC-4)

From: ███ 0815 Dmed (owner)

We're over here doing cupcakes. Lol he's sleeping on the floor

Priority: Normal
Platform:

7/6/2024 10:45:40 PM(UTC-4)

From: ███ 0815 Dmed (owner)

Welp fun is over. lol send me some videos of sucking boys?

Priority: Normal
Platform:

7/6/2024 10:58:13 PM(UTC-4)



From: ███ 9024 ███
Attachments:

*Image thumbnail was redacted*

Priority: Normal
Platform:

7/6/2024 10:59:22 PM(UTC-4)



From: ███ 9024 ███
Attachments:

*Image thumbnail was redacted*

Priority: Normal
Platform:

7/6/2024 10:59:22 PM(UTC-4)



From: ▮▮▮ 0024 ▮▮▮▮▮▮
Attachments:

Image thumbnail was redacted

Priority: Normal
Platform:

7/6/2024 10:59:22 PM(UTC-4)

From: ▮▮▮ 024 ▮▮▮▮▮▮
Attachments:

Image thumbnail was redacted

Priority: Normal
Platform:

7/6/2024 10:59:22 PM(UTC-4)

From: ▮▮▮ 9024 ▮▮▮▮▮▮
Attachments:

Image thumbnail was redacted

Priority: Normal
Platform:

7/6/2024 10:59:22 PM(UTC-4)

From: ▮▮▮ 024 ▮▮▮▮▮▮
Attachments:

Image thumbnail was redacted

Priority: Normal
Platform:

7/6/2024 10:59:22 PM(UTC-4)

From: ▮▮▮ 0815 Dmed (owner)
I wish you had some of you playing
Priority: Normal
Platform:

7/6/2024 11:02:31 PM(UTC-4)



From: █████ 8024 ████████
I wish
Priority: Normal
Platform:
7/6/2024 11:06:52 PM(UTC-4)

From: █ 9815 Dmed (owner)
Did you start talking to that guy
Priority: Normal
Platform:
7/6/2024 11:08:57 PM(UTC-4)

From: █████ 9024 ████████
I told him hi
Priority: Normal
Platform:
7/6/2024 11:10:32 PM(UTC-4)

From: █████ 9815 Dmed (owner)
Ok
Priority: Normal
Platform:
7/6/2024 11:12:24 PM(UTC-4)

From: █████ 9815 Dmed (owner)
Any update?
Priority: Normal
Platform:
7/8/2024 12:57:40 PM(UTC-4)

From: █████ 9024 ████████
No
Priority: Normal
Platform:
7/8/2024 9:21:50 PM(UTC-4)

From: ███ 815 Dmed (owner)
Hey
Priority: Normal
Platform:
7/21/2024 8:16:13 AM(UTC-4)

From: ███ 0815 Dmed (owner)
Attachments:
image thumbnail was redacted
IMG_1228.MOV_Converted.wav
Priority: Normal
Platform:
Label: Edited
7/21/2024 12:57:09 PM(UTC-4)

From: ███ 0815 Dmed (owner)
Too bad I didn't have more time
Priority: Normal
Platform:
7/21/2024 1:34:40 PM(UTC-4)

From: ███ 024 ███
I see
Priority: Normal
Platform:
7/21/2024 1:35:05 PM(UTC-4)

From: ███ 024 ███
I thought at least to touch him
Priority: Normal
Platform:
7/21/2024 1:35:17 PM(UTC-4)

From: ███ 0815 Dmed (owner)
I know. Maybe later. It was tricky
Priority: Normal
Platform:
7/21/2024 1:35:43 PM(UTC-4)



From: 9024
Ok
Priority: Normal
Platform:

7/21/2024 1:35:48 PM(UTC-4)

From: 024
But he like it
Priority: Normal
Platform:

7/21/2024 1:35:52 PM(UTC-4)

From 815 Dmed (owner)
He might be too ticklish
Priority: Normal
Platform:

7/21/2024 1:36:16 PM(UTC-4)

From 9024
Yes but hey train him
Priority: Normal
Platform:

7/21/2024 1:37:02 PM(UTC-4)

From 815 Dmed (owner)
lol I don't see him often enough
Priority: Normal
Platform:

7/21/2024 1:39:11 PM(UTC-4)

From: 0815 Dmed (owner)
What's going on?
Priority: Normal
Platform:

7/28/2024 6:27:30 PM(UTC-4)

From: 9024
Dping good and you
Priority: Normal
Platform:

7/28/2024 6:28:54 PM(UTC-4)

From: 0815 Dmed (owner)
Good, just at the house. Horny.
Priority: Normal
Platform:

7/28/2024 6:29:34 PM(UTC-4)

From: 0815 Dmed (owner)
We should meet up soon
Priority: Normal
Platform:

7/28/2024 6:30:00 PM(UTC-4)

From: 9024
Yes
Priority: Normal
Platform:

7/28/2024 6:34:15 PM(UTC-4)

From: 9024
We need to
Priority: Normal
Platform:

7/28/2024 6:34:18 PM(UTC-4)

From: 0815 Dmed (owner)
Attachments:

Image thumbnail was redacted
video.mp4. Converted way

Priority: Normal
Platform:

7/28/2024 6:35:45 PM(UTC-4)



From: ████ 0815 Dmed (owner)
When are you free?
Priority: Normal
Platform:

7/28/2024 6:38:12 PM(UTC-4)

From: ████ 9024 ████████
Not free until next week not this one cumming
Priority: Normal
Platform:

7/28/2024 6:40:54 PM(UTC-4)

From: ████ 0815 Dmed (owner)
Oh too bad. Do you host?
Priority: Normal
Platform:

7/28/2024 6:41:43 PM(UTC-4)

From ████ 0815 Dmed (owner)
Hey. You said you were free this weekend. Still true?
Priority: Normal
Platform:

8/10/2024 9:47:36 AM(UTC-4)

From: ████ 9024 ████████
I wish I can tell you yes but they call me since I call off las week to cove my day for the call off
Priority: Normal
Platform:

8/10/2024 12:42:32 PM(UTC-4)

From: ████ 0815 Dmed (owner)
That's no fun.
Priority: Normal
Platform:

8/10/2024 12:43:25 PM(UTC-4)



From: █████ 9024 ████████
And on top of that I have a fucking head ache
Priority: Normal
Platform:
8/10/2024 12:43:44 PM(UTC-4)

From: █████ 9024 ████████
Attachments:
image download was disabled
Priority: Normal
Platform:
Label: Edited
8/10/2024 12:43:56 PM(UTC-4)

From: █████ 0815 Dmed (owner)
Who's that
Priority: Normal
Platform:
8/10/2024 12:46:45 PM(UTC-4)

From: █████ 9024 ████████
Random pic
Priority: Normal
Platform:
8/10/2024 5:18:19 PM(UTC-4)

From: █████ 0815 Dmed (owner)
I want it in my mouth
Priority: Normal
Platform:
8/10/2024 5:29:16 PM(UTC-4)

From: █████ 0815 Dmed (owner)
I want you in my mouth
Priority: Normal
Platform:
8/15/2024 5:39:35 PM(UTC-4)



From: ████ 0815 Dmed (owner)
Good morning
Priority: Normal
Platform:

9/28/2024 9:35:45 AM(UTC-4)



From ████ 9024 ████
Hey
Priority: Normal
Platform:

9/28/2024 8:03:16 PM(UTC-4)



From: ████ 0815 Dmed (owner)
Do you still want to meet up?
Priority: Normal
Platform:

9/28/2024 9:55:46 PM(UTC-4)

## Tagged items (1)



| # | Type | Event | Tags | Created | Modified | Back |
|---|------|-------|------|---------|----------|------|
| 1 | Chats | Telegram | Evidence | 2/4/2025 4:02:12 PM | 2/4/2025 4:02:23 PM | ▲ |
| | | | | | | Deleted |

Details:

Group photos:

Start Time: 6/9/2024 1:07:49 AM(UTC-4)
Last Activity: 9/28/2024 9:55:46 PM(UTC-4)
Number of attachments: 30
Source: Telegram
Account: Dmed
Chat Type: One On One
Body file: chat-0.txt

Participants:

████ 9024
████

████ 0815
Dmed (owner)

Identifier: ████ 9024